*CLOSED*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NATHAN SUTTON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiff,<br><br>v.<br><br>GARY HARRIS d/b/a/ CITIWIDE ATM;<br><br>    Defendant. | Case No.: CV 11-09732-GW(VBKx)<br><br>**ORDER RE DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE** |

    Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff hereby dismisses the above-captioned matter in its entirety.

    Pursuant to California Rules of Court Rule 3.770(a), no consideration was paid to any Plaintiff or Plaintiff's counsel, directly or indirectly, in consideration for dismissing this action without prejudice.

DATED: April 26, 2012     By: _____
                                                     HON. GEORGE H. WU
                                                     United States District Judge